# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-20198/xxxx4802

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Thomas Arthur Nickel<br>Debtor. | No. 4:09-bk-15714-JMM<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE |

U.S. Bank National Association, as Trustee for the Maiden Lane Asset Backed Securities I

Trust 2008-1, without recourse, by and through its undersigned attorneys, hereby gives notice of its

appearance in these proceedings, and requests that the name and address of its attorneys be added to the

mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to

said attorneys.

DATED this 21st day of September, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Movant

COPY of the foregoing mailed
September 21, 2009 to:

Thomas Arthur Nickel
3402 N. Stone Avenue
Tucson, AZ  85705
Debtor

Eric Slocum Sparks
110 South Church Avenue
Suite 2270
Tucson, AZ  85701
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

ASC
P.O. Box 10388
Des Moines, IA 50306

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

Bank of America
P.O. Box 8239
Van Nuys, CA 91410

Charlotte Neilander
1117 W. Calle Trafalgar
Green Valley, AZ 85622

Chase Mastercard
P.O. Box 15548
Wilmington, DE 19886

Countrywide/Bank of America
MSN SV 26B
P.O. Box 10229
Van Nuys, CA 91410

Countrywide/Bank of America
P.O. Box 10221
Van Nuys, CA 91410

Discover Card
P.O. Box 6103
Carol Stream, IL 60197

FIA
P.O. Box 22021
Greensboro, NC 27420

GE MoneyBank
P.O. Box 981127
El Paso, TX 79998

GMAC
P.O. Box 4622
Waterloo, IA 50704

Lou Santilli and Kim Bateman
PMB #301
9121 East Tanque Verde,
#105
Tucson, AZ 85749

M & I Bank
P.O. Box 3114
Milwaukee, WI 53201

United Metro Materials Inc
c/o LEWIS & ROCA
40 N. Central Ave
Phoenix, AZ 85004

Wachovia
P.O. Box 659538
San Antonio, TX 78265

Wachovia
P.O. Box 629538
San Antonio, TX 78265

WaMu
Mailstop JAXA2031
P.O. Box 44090
Jacksonville, FL 32231

By: Anne Mallette