THIS ORDER IS APPROVED.

Dated: February 08, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>THOMAS ARTHUR NICKEL,<br>Debtor. | Chapter 11 Proceeding<br>Case No.: 4:09-bk-15714-JMM |
| M&I MARSHALL & ILSLEY BANK,<br>Movant,<br>vs.<br>THOMAS ARTHUR NICKEL,<br>Respondent. | **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>(Order Concerns:<br>**Real Property Located at<br>1699 S. Antonio<br>Tucson, AZ 85713**) |

THIS MATTER came on for consideration by this court on the Motion For Relief From The Automatic Stay Pursuant To §362(d)(1) (the "Motion For Relief") on February 1, 2010, and for other good cause appearing;

IT IS HEREBY ORDERED ADJUDGED AND DECREED immediately terminating any and all applicable stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), as it is applicable to M&I Marshall & Ilsley Bank with respect to the real property of Thomas Arthur Nickel (the "Debtor") which is located at 1699 S. Antonio and is legally described as:

SECTION 22, TOWNSHIP 14, RANGE 13 EAST, MAP 61 AND PLAT 52 OF PIMA COUNTY, ARIZONA;

to allow M&I Marshall & Ilsley Bank to exercise its state law rights and remedies, including, without limitation, conducting a non-judicial trustee's foreclosure sale of the Property.