**SIGNED.**

Dated: April 26, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| THOMAS ARTHUR NICKEL, | No. 4:09-bk-15714-JMM |
| Debtor. | **ORDER** |

The court has conducted an internal review of this case. The court's docket reflects the deadline for the Debtor to file a plan and disclosure statement was November 5, 2009. Since that deadline has not been met, and no plan is on file,

IT IS HEREBY ORDERED that the Debtor appear before the court on **June 22, 2010 at 9:00 a.m.**, 38 South Scott Avenue, Courtroom 329, Tucson, Arizona to show cause why this case should not be dismissed for failure to file a plan and disclosure statement.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Eric Slocum Sparks, Attorney for Debtor

Office of the U.S. Trustee