**THIS ORDER IS APPROVED.**

**Dated: February 23, 2011**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS ARTHUR NICKEL,<br><br>                Debtor. | Case No. 4:09-bk-15714-JMM<br><br>**ORDER OF ABANDONMENT** |

    Secured creditor Kondaur Corporation filed a motion to lift the automatic stay on debtor's primary residence located at 3402 N. Stone Avenue, Tucson, Arizona 85705 (Docket 61). The Phillips Company obtained an assignment of the note and deed of trust (Docket 294) and renewed the motion (Docket 287). At the confirmation hearing on January 26, 2011, Debtor's counsel indicated Debtor intended to surrender the property listed as Class 4.

    IT IS HEREBY ORDERED ADJUDGED AND DECREED,

    The automatic stay, pursuant to 11 U.S.C. § 362, is hereby lifted and The Phillips Company may pursue its state court remedies including foreclosure, trustee sale or receivership. Debtor's property is located at 3401–3402 N. Stone Avenue, Tucson, Arizona 85705, and legally described as follows:

        Lot 4 in Block 2 of SAWTELLE PLACE, according to the Plat recorded in the office of the County Recorder of Pima County, Arizona, in Book 4 of maps, at Page 73.

Debtor shall surrender the property to The Phillips Company forthwith.

    This Order is without prejudice to The Phillips Company seeking administrative expense treatment for appreciated claims and Debtor may oppose.

    DATED this _____ day of _____, 2011.

_____
Judge of the United States Bankruptcy Court

ALTFELD & BATTAILE P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733

1   Lodged by:

2   **ALTFELD & BATTAILE P.C.**
    **250 North Meyer Avenue**
3   **Tucson, Arizona 85701**
    **Tel:    (520) 622-7733**
4   **Fax:    (520) 622-7967**
    **Clifford B. Altfeld (ASBN 005573; PCCN 1360)**
5   **cbaltfeld@abazlaw.com**
    *Attorneys for The Phillips Company*
6

7   CONFORMED COPY of the foregoing served
    via the Court's ECF system and a copy mailed this
8   _____day of _____, 2011, to:

9   Eric S. Sparks, Esq.
    Eric Slocum Sparks, P.C.
10  110 South Church, Suite 2270
    Tucson, AZ 85701
11  *Attorneys for Debtor*

12  Thomas Arthur Nickel
    3402 N. Stone Avenue
13  Tucson, AZ 85705
    *Debtor*
14

15  By */S/ Linda Vaubel*
    P:\Clients\Phillips, Christopher\Nickel\Pleadings\Draft Pleadings\Order of Abandonment.wpd
16